### THATCHER v TROUSLOT et

Ohio Appeals, 6th Dist, Lucas Co

Decided May 20, 1935

Mrs. Eva E. Shaw, Toledo, and Miss Jane M. Sutter, Toledo, for plaintiff in error.

Wm. R. McClelland, Toledo, Arthur R.

Cline, Toledo, and Taber & Daniells, Toledo, for defendants in error.

For full opinion see 52 Oh Ap 74.